UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IRVING ALBERT NAQUIN, III | CIVIL ACTION |
| VERSUS | NO. 11-2878 |
| ORLEANS PARISH SHERIFF'S OFFICE, ET AL. | SECTION "S"(1) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the plaintiff's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's federal civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this __30th__ day of _____January_____, 2012.

_____
UNITED STATES DISTRICT JUDGE